AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 17MJ1724 | Date and time warrant executed: 11/13/2017 4:50 pm | Copy of warrant and inventory left with: SUBPOENAS @ APPLE.com |
| Inventory made in the presence of: N/A | | |

Inventory of the property taken and name of any person(s) seized:

ELECTRONIC FILES PROVIDED BY APPLE VIA FED EX ON DECEMBER 21, 2017

*[FILED stamp: 2019 MAR 29 A 11:27 U.S. DISTRICT COURT NEW HAVEN, CT.]*

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/24/2018

Executing officer's signature

MICHAEL MORRISON, SPECIAL AGENT
Printed name and title