UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE: SEALED CASE

**Filed Under Seal**

Case Nos. 3:17-mj-1724 (JGM)

March 9, 2020

**MOTION FOR EXTENSION OF SEALING ORDER**

The United States respectfully requests, in accordance with Local Rule 57 of the Local Rules of Criminal Procedure, that the Court order this matter and the documents filed in this matter to be matter be sealed for an additional period of six months, until September 9, 2020.

In this case, such an order would be appropriate because the matter, and the documents filed in the matter, relate to an ongoing grand jury investigation relating to computer hacking and the installation of ransomware on victim computers. Ransomware is a form of malicious software designed to block access to a computer system by encrypting some or all of the files on that system. In order to receive the decryption key, the owner must pay a ransom to the individuals behind the ransomware.

The investigation is neither public nor known to the target of the investigation, and its disclosure may alert the target to the ongoing investigation. The United States has not yet identified all of the targets involved in the ransomware scheme. Cyber-related investigations such as this one can be prolonged because cyberspace offers suspects numerous opportunities to hide their identity. Based on the investigation to date, the United States has reason to believe that the targets of the investigation are located overseas, but their identities are unknown at this time.

The United States anticipates this grand jury investigation to continue for several more months before the targets are identified, arrested, and the investigation becomes public. The

United States is continuing to obtain and serve legal process on various third parties to identify the targets. In addition, the United States is in the process of reviewing data obtained from a computer server that law enforcement believes the targets were using in furtherance of the scheme. The internet service provider that maintains the server provided the data on three hard drives with over four terabytes of storage. In addition, the data is not reviewable in a user-friendly format. Consequently, given the volume of data, it is taking law enforcement an extended period of time to review the data. In the last month, law enforcement sent copies of the hard drives to a specialized computer analysis department within the Department of Justice to assist in and speed up the review of the drives. Once that review is complete, the United States may seek additional legal process from third parties, including evidence from foreign countries through Mutual Legal Assistance Treaties, which, based on prior experience, is a lengthy process that can take several months.

Accordingly, there is reason to believe that notification of the existence of matter, and the documents filed in the matter, will seriously jeopardize the investigation, including by giving targets an opportunity to flee, destroy or tamper with evidence, or change patterns of behavior.

Therefore, the United States submits that continued sealing is warranted because the presumption of access to these investigative documents is outweighed by these countervailing factors in favor of sealing. Moreover, even if a higher standard for sealing applied, sealing these documents is essential to preserve the compelling interests set forth above and narrowly tailored to serve those interests.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.:    (203) 821-3700
Email: neeraj.patel@usdoj.gov