UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| IN RE: SEALED SEARCH WARRANT | Case No. 3:17-MJ-1724 (JGM) |
|---|---|
| | September 20, 2020 |

**MOTION TO (1) UNSEAL CASE, (2) CONTINUE SEALING UNREDACTED DOCUMENTS, AND (3) FILE REDACTED VERSIONS OF DOCUMENTS**

In accordance with Rule 57 of the Local Rules of Criminal Procedure, the government respectfully requests that the Court (1) unseal this case, (2) continue sealing Documents #1, 1-1, 2, 3, 4, 5, 6, 7, and 8 (the "Unredacted Documents"), and (3) permit the government to publicly file redacted versions of the same documents.

On November 13, 2017, the government filed a sealed application for a search warrant. *See* ECF No. 1. The Court issued the search warrant and a non-disclosure order the same day. *See* ECF Nos. 2, 4. The Court also ordered the case sealed. *See* ECF No. 3. The government moved to extend the non-disclosure order and sealing order several times, and the Court granted those motions. *See* ECF. Nos. 5-8, 11-12. The sealing order in this case has now expired.

The government respectfully requests that the Court unseal this case, except the government requests the continued sealing of the Unredacted Documents. The Unredacted Documents contain information about a matter that ultimately did not result in the filing of criminal charges and in which no charges are anticipated. Specifically, the documents contain information pertaining to a matter that has never been made public, in part because of the Court's sealing order. This non-public information includes, among other things, the name of the ransomware under investigation; the name, initials, physical address, internet protocol address, Apple account numbers, and e-mail addresses of one of the suspected targets; other email addresses and the domain name used by the uncharged targets of the investigation; and the text of the ransomware

email sent to victims of the ransomware attacks. This information could be used to publicly identify the ransomware under investigation and contact the uncharged targets, thereby jeopardizing future investigations. In order to prevent the disclosure of this information, the government moves to seal the Unredacted Documents until further order of the Court.

Moreover, the government seeks leave to file, contemporaneous with this motion, redacted versions of the same documents. The proposed redactions are limited to the name of the ransomware under investigation; the name, initials, physical address, internet protocol address, Apple account numbers, and e-mail addresses of one of the suspected targets; other email addresses and the domain name used by the uncharged targets of the investigation; and the text of the ransomware email sent to victims of the ransomware attacks.

Pursuant to Local Rule 57 of Criminal Procedure, the requested continued sealing of the Unredacted Documents is justified because the government is seeking leave to file redacted versions of the pleadings. Thus, the public will be able to see the nature of the investigation and the fact that a search warrant was requested and authorized, but not information that could be used to identity or contact individuals who have not been charged with crimes. Here, the presumption of access to these unredacted and sealed documents is outweighed by the countervailing factors in favor of sealing described above. Moreover, even if a higher standard of sealing applied, the requested sealing of the unredacted versions of the documents is essential to preserve compelling interests and is narrowly tailored to serve those interests.

## CONCLUSION

For the foregoing reasons, the government respectfully requests that the Court (1) order this case unsealed; (2) order Documents #1, 1-1, 2, 3, 4, 5, 6, 7, and 8 to remain sealed until further order of the Court; and (2) permit the government to file redacted versions of the same documents as publicly available documents. The proposed redacted versions have been filed on the docket contemporaneous with this motion.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s/ Neeraj N. Patel*
NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.: (203) 821-3700

CERTIFICATE OF SERVICE

       I hereby certify that on September 20, 2020, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                             */s/ Neeraj N. Patel*
                                             Neeraj N. Patel
                                             Assistant United States Attorney