# UNITED STATES DISTRICT COURT
for the
District of Connecticut

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 3:17mj1724-JAM
information associated with accounts with Apple Person )
ID ▓▓▓▓▓▓▓▓▓▓▓▓▓, and other identifiers that )
are stored at premises controlled by Apple Inc. )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Northern___ District of ___California___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-2, which is incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

the property, items, records, and information described in Attachment B-2, which is incorporated herein by reference, that constitute evidence, instrumentalities, contraband and fruits of violations of 18 U.S.C. § 1030 (Fraud and related activity in connection with computers).

**YOU ARE COMMANDED** to execute this warrant on or before ___November 27, 2017___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___United States Magistrate Judge Joan G. Margolis___
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ___

Date and time issued: 11/13/17, 3:40 p.m.          /s/ Judge Joan G. Margolis
                                                              *Judge's signature*

City and state: New Haven, CT                     Hon. Joan G. Margolis, U.S. Magistrate Judge
                                                              *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 17MJ172y | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# ATTACHMENT A-2
## PROPERTY TO BE SEARCHED

This warrant applies to accounts and information associated with the following identifiers:

**Apple Person ID** ▮
**Apple Person ID** ▮
**Email address** ▮@gmail.com
**Email address** ▮@list.ru

(referred to herein and in Attachment B-2 referred to as the "SUBJECT ACCOUNTS") that are stored at premises owned, maintained, controlled, or operated by Apple Inc. (referred to herein and in Attachment B-2 as "Apple" or "Provider"), a company headquartered at a company headquartered at 1 Infinite Loop, Cuptertino, CA 95014.

ATTACHMENT B-2
LIST OF ITEMS TO BE SEIZED

**I.   Information to be disclosed by the Apple, Inc. (the "Provider")**

To the extent that the information associated listed on Attachment A-2 is within the possession, custody, or control of the Provider, including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose the following information to the government for the period from April 1, 2016 to the date this warrant is executed:

a.   All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers, email addresses (including primary, alternate, rescue, and notification email addresses, and verification information for each email address), the date on which the account was created, the length of service, the IP address used to register the account, account status, methods of connecting, and means and source of payment (including any credit or bank account numbers);

b.   All records or other information regarding the devices associated with, or used in connection with, the account (including all current and past trusted or authorized iOS devices and computers, and any devices used to access Apple services), including serial numbers, Unique Device Identifiers ("UDID"), Advertising Identifiers ("IDFA"), Global Unique Identifiers ("GUID"), Media Access Control ("MAC") addresses, Integrated Circuit Card ID numbers ("ICCID"), Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifiers ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Numbers

("MSISDN"), International Mobile Subscriber Identities ("IMSI"), and International Mobile Station Equipment Identities ("IMEI");

c. The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the account (including all draft emails and deleted emails), the source and destination addresses associated with each email, the date and time at which each email was sent, the size and length of each email, and the true and accurate header information including the actual IP addresses of the sender and the recipient of the emails, and all attachments;

d. The contents of all instant messages associated with the account, including stored or preserved copies of instant messages (including iMessages, SMS messages, and MMS messages) sent to and from the account (including all draft and deleted messages), the source and destination account or phone number associated with each instant message, the date and time at which each instant message was sent, the size and length of each instant message, the actual IP addresses of the sender and the recipient of each instant message, and the media, if any, attached to each instant message;

e. The contents of all files and other records stored on iCloud, including all iOS device backups, all Apple and third-party app data, all files and other records related to iCloud Mail, iCloud Photo Sharing, My Photo Stream, iCloud Photo Library, iCloud Drive, iWorks (including Pages, Numbers, and Keynote), iCloud Tabs, and iCloud Keychain, and all address books, contact and buddy lists, notes, reminders, calendar entries, images, videos, voicemails, device settings, and bookmarks;

f. All activity, connection, and transactional logs for the account (with associated IP addresses including source port numbers), including FaceTime call invitation logs, mail logs, iCloud logs, iTunes Store and App Store logs (including purchases, downloads, and updates of

Apple and third-party apps), messaging and query logs (including iMessage, SMS, and MMS messages), My Apple ID and iForgot logs, sign-on logs for all Apple services, Game Center logs, Find my iPhone logs, logs associated with iOS device activation and upgrades, and logs associated with web-based access of Apple services (including all associated identifiers);

      g.      All records and information regarding locations where the account was accessed, including all data stored in connection with Location Services;

      h.      All records pertaining to the types of service used;

      i.      All records pertaining to communications between Apple and any person regarding the account, including contacts with support services and records of actions taken; and

      j.      All files, keys, or other information necessary to decrypt any data produced in an encrypted form, when available to Apple (including, but not limited to, the keybag.txt and fileinfolist.txt files).

The Provider is also requested to complete a certificate of authenticity for domestic business records that will satisfy Rule 902(11) of the Federal Rules of Evidence. A form of certificate of authenticity is attached.

## II. Information to be seized by the government

All information described above in Section 1 that constitutes fruits, contraband, evidence, or instrumentalities of violations of Title, 18 United States Code, Section 1030 (Fraud and related activity in connection with computers) (the "TARGET OFFENSE") through ransomware attacks, from April 1, 2016 to the present including, but not limited to, the following:

   a. All information and records related to ransomware;

   b. All information and records related to bitcoins, payments of money, wire transfers, money transfers, electronic funds and ACH transfers, and any instructions or directions related to such transfers;

   c. All information and records related to financial accounts (including investment accounts, bank accounts, retirement accounts, or any accounts that hold money);

   d. All electronic mail, attachments, and related computer files that relate to the TARGET OFFENSE;

   e. Evidence indicating how and when the SUBJECT ACCOUNTS were accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the account owner;

   f. Evidence indicating the user's state of mind as it relates to the TARGET OFFENSE for any user of the SUBJECT ACCOUNTS;

   g. Evidence indicating the identity of the person(s) who used, accessed, owned, controlled, or created the SUBJECT ACCOUNTS, including records that help reveal the whereabouts of such person(s); and

   h. Passwords and encryption keys, and other access information that may be necessary to access the SUBJECT ACCOUNTS.

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by _____, and my official title is _____. I am a custodian of records for _____. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _____ and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

    b.    such records were kept in the ordinary course of a regularly conducted business activity of _____; and

    c.    such records were made by _____ as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____    _____
Date    Signature