UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
ACCOUNTS WITH APPLE ID ▮▮▮▮,
▮▮▮▮, AND OTHER IDENTIFIERS
THAT ARE STORED AT PREMISES
CONTROLLED BY APPLE INC.

Case No. 3:17 MJ 1724-JGM

**Filed Under Seal**

| | |
|---|---|
| CONTENTS: | Search Warrant, Application, Affidavit, and Non-Disclosure Order |
| JUDICIAL OFFICER: | Hon. Joan G. Margolis<br>United States Magistrate Judge |
| SUPERVISING ATTORNEY: | Neeraj N. Patel<br>Assistant United States Attorney |
| DATE SEALED: | November 13, 2017 |
| DATE UNSEALED: | |

The Clerk of the Court is directed to seal the contents of this envelope until further order of the Court.

SO ORDERED this 13th day of November, at New Haven, Connecticut.

/s/ Judge Joan G. Margolis
HON. JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE