UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
ACCOUNTS WITH APPLE ID ▮▮▮▮▮,
▮▮▮▮▮, AND OTHER IDENTIFIERS
THAT ARE STORED AT PREMISES
CONTROLLED BY APPLE INC.

Case No. 3:17mj1724-JGM

**Filed Under Seal**

**NON-DISCLOSURE ORDER**

The government, in its application for the above-referenced search warrant, has requested, pursuant to 18 U.S.C. § 2705(b), that the Court issue an Order commanding Apple Inc. (the "Provider") an electronic communication service provider and/or a remote computing service, not to notify any person, including the subscribers and customers of the account(s) listed in the search warrant of the existence of the warrant for a period of one year, until November 13, 2018.

The Court determines that there is reason to believe that notification of the existence of the warrant will seriously jeopardize the investigation, including by giving targets an opportunity to flee, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

The obligation of nondisclosure shall terminate in one year from the date of this order because the entire investigation is in its early stages and because cyber-related investigations can be prolonged because cyberspace offers suspects numerous opportunities to hide their identity.

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that the Provider shall not disclose the existence of the warrant, or this Order of the Court, to the listed subscriber or to any other person, for a period of one year, until November 13, 2018, except that the Provider may disclose the warrant to an attorney for the Provider for the purpose of receiving legal advice and

- 2 -

as necessary to the Provider's employees for the sole purpose of compliance with and providing responsive information to the warrant.

    IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court, except that the United States Attorney's Office or a law enforcement agent is permitted to serve this Order upon the Provider.

Dated: November 13, 2017          /s/ Judge Joan G. Margolis
                                                             HON. JOAN G. MARGOLIS
                                                             UNITED STAES MAGISTRATE JUDGE