UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2018 NOV -2  A 11:06

U.S. DISTRICT COURT

NEW HAVEN, CT.

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
ACCOUNTS WITH APPLE ID ████████,
████████, AND OTHER IDENTIFIERS
THAT ARE STORED AT PREMISES
CONTROLLED BY APPLE INC.

**Filed Under Seal**

Case No. 3:17-mj-1724 (JGm)

November 2, 2018

## MOTION FOR EXTENSION OF NON-DISCLOSURE ORDER

The United States requests that the Court order Apple Inc. (the "Provider") not to notify any person, including the subscribers and customers of the accounts that are the subject of above-referenced search warrant (Apple Internal Reference # 17108853), of the existence of the search warrant for an additional period of six months, until May 13, 2019.

The Provider is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computer service, as defined in 18 U.S.C. § 2711(2). Pursuant to 18 U.S.C. § 2703, the United States obtained the above-referenced search warrant, which requires the Provider to disclose certain records and information to the United States. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id.*

On November 13, 2017, the Hon. Joan G. Margolis issued the above-referenced search warrant along with a non-disclosure order. The non-disclosure order is scheduled to expire on November 13, 2018.

The United States now requests an Order directing the Provider not to disclose the existence of the search warrant and the Court's orders for an additional period of six months, until

May 13, 2019.  In this case, such an order would be appropriate because the search warrant relates to an ongoing grand jury investigation relating to computer hacking and the installation of ransomware on victim computers.  Ransomware is a form of malicious software designed to block access to a computer system by encrypting some or all of the files on that system.  In order to receive the decryption key, the owner must pay a ransom to the individuals behind the ransomware.

The United States has not yet identified all of the targets involved in the ransomware scheme. Cyber-related investigations such as this one can be prolonged because cyberspace offers suspects numerous opportunities to hide their identity.  Based on the investigation to date, the United States has reason to believe that the targets of the investigation are located overseas, in the Ukraine, but their identities are unknown at this time.

The United States anticipates this grand jury investigation to continue for several more months before the targets are identified, arrested, and the investigation becomes public.  The United States is continuing to obtain and serve legal process on various third parties to identify the targets.  Additional investigative efforts may include obtaining evidence from foreign countries through Mutual Legal Assistance Treaties, which, based on prior experience, is a lengthy process that can take several months.

Accordingly, there is reason to believe that notification of the existence of search warrant will seriously jeopardize the investigation, including by giving targets an opportunity to flee, destroy or tamper with evidence, or change patterns of behavior. *See* 18 U.S.C. § 2705(b).  Some of the evidence in this investigation is stored electronically. If alerted to the existence of the search warrant, the subjects under investigation could destroy that evidence, including information saved to computers.  In addition, the Court has an interest in keeping grand jury investigations secret.

WHEREFORE, the United States respectfully requests that the Court grant an Order directing the Provider not to disclose the existence or content of the above-referenced search warrant or the Court's orders for an additional period of six months, until May 13, 2019, except that the Provider may disclose the warrant and this Court's orders to an attorney for the Provider for the purpose of receiving legal advice and as necessary to the Provider's employees.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.:    (203) 821-3700
Email: neeraj.patel@usdoj.gov