UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
ACCOUNTS WITH APPLE ID ▆▆▆▆,
▆▆▆▆, AND OTHER IDENTIFIERS
THAT ARE STORED AT PREMISES
CONTROLLED BY APPLE INC.

**Filed Under Seal**

Case No. 3:17-mj-1724 (JGM)

FILED
2018 NOV -2  A 11: 06
U.S. DISTRICT COURT
NEW HAVEN CT.

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court extend its Order of November 13, 2017, commanding Apple Inc. (the "Provider"), an electronic communication service provider and/or a remote computing service, not to notify any person, including the subscribers and customers of the accounts that are the subject of the above-referenced search warrant (Apple Internal Reference # 17108853), of the existence of the search warrant and this Court's orders for an additional period of six months, until May 13, 2019.

The Court determines that there is reason to believe that notification of the existence of the search warrant and this Court's orders will seriously jeopardize the investigation, including by giving targets an opportunity to flee, destroy or tamper with evidence, or change patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that the Provider shall not disclose the existence of the search warrant, or the Court's orders, to the subscribers or to any other person, for an additional period of six months, until May 13, 2019, except that the Provider may disclose the search warrant and the Court's orders to an attorney for the Provider for the purpose of receiving legal advice and as necessary to the Provider's employees.

Dated: November 2nd, 2018

/s/ Robert M. Spector
HON. ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE