UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2018 NOV -2 A 11: 06
U.S. DISTRICT COURT
NEW HAVEN, CT

IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH ACCOUNTS WITH APPLE ID ███████, ███████, AND OTHER IDENTIFIERS THAT ARE STORED AT PREMISES CONTROLLED BY APPLE INC.

**Filed Under Seal**

Case No. 3:17-mj-1724 (JGM)

November 2, 2018

## MOTION TO EXTEND SEALING ORDER

The United States of America respectfully submits this motion to seal this matter, including the motion and order to extend non-disclosure, and the motion and order to seal, for an additional period of six months, until May 13, 2019. The United States submits that sealing is necessary because the matter relates to an ongoing criminal investigation that not known to several targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation, including by giving the targets an opportunity to flee, destroy or tamper with evidence, or change patterns of behavior.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s/ Neeraj N. Patel*

NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.: (203) 821-3700
Email: neeraj.patel@usdoj.gov