UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2018 NOV -2 A 11:06

U.S. DISTRICT COURT
NEW HAVEN, CT

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
ACCOUNTS WITH APPLE ID ▮▮▮▮,
▮▮▮▮, AND OTHER IDENTIFIERS
THAT ARE STORED AT PREMISES
CONTROLLED BY APPLE INC.

Filed Under Seal

Case No. 3:17-mj-1724

## SEALING ORDER

The United States has submitted a motion to seal this matter, including the motion and order to extend non-disclosure, and the motion and order to seal, for an additional period of six months, until May 13, 2019.

The Court finds that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. Specifically, the Court determines that this matter pertains to an ongoing criminal investigation that not known to several targets of the investigation. Accordingly, there is reason to believe that notification of the existence of the materials will jeopardize the investigation, including by giving the targets an opportunity to flee, destroy or tamper with evidence, or change patterns of behavior.

IT IS THEREFORE ORDERED that this matter, including the motion and order to extend non-disclosure, and the motion and order to seal, are sealed for an additional period of six months, until May 13, 2019.

Dated: November 2nd, 2018

/s/ Robert M. Spector
HON. ROBERT M. SPECTOR
UNITED STAES MAGISTRATE JUDGE